IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KIRSTEN BARNES,<br>　　　　　PLAINTIFF,<br><br>V.<br><br>NATIONAL ELITE GYMNASTICS, INC.,<br>AND MARK ENGLAND,<br>　　　　　DEFENDANTS. | §<br>§<br>§<br>§　CAUSE NO. 20-CV-01205-LY<br>§<br>§<br>§<br>§ |

## ORDER CLOSING CASE

Before the court in the above styled and numbered cause is the parties' Joint Stipulation of Dismissal With Prejudice filed March 18, 2021 (Doc. #15). The parties stipulate that Plaintiff Kirsten Barnes dismisses with prejudice all of her claims alleged against Defendants and that she will bear her own costs of suit and attorney's fees. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _____ day of March, 2021.

　　　　　　　　　　　　　　　　　LEE YEAKEL
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE